# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THOMAS HARVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:20-cv-04803-CAP |
| ) | |
| THE KROGER CO., ) | *Removed from Cobb State Court* |
| ) | *Civil Action Number: 20-A-3874* |
| Defendant. ) | |

## DEFENDANT THE KROGER CO.'S EXPERT DISCLOSURE
## (Dr. Hal Silcox)

COMES NOW Defendant The Kroger Co. and by this disclosure and the contemporaneous service of Hal Silcox, MD's Rule 26 Report attached hereto, discloses Hal Silcox, MD as an expert witness in this case to provide testimony at trial. Attached hereto are **Exhibit A,** Dr. Silcox's Report, **Exhibit B,** Dr. Silcox's CV and Fee Schedule and **Exhibit C,** Dr. Silcox's List of Testimony.

Respectfully submitted this the 5th day of August, 2021

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | */s/ Sarah Raquel L. Lisle* |
| **MOFFETT & BRIESKE, L.L.P.** | Matthew G. Moffett |
| 950 East Paces Ferry Road, N.E. | Georgia State Bar No.: 515323 |
| Suite 1700 – Salesforce Tower Atlanta | Sarah Raquel L. Lisle |
| Atlanta, Georgia 30326 | Georgia State Bar No.: 412593 |
| Telephone: (404) 870-7386 | *Attorneys for The Kroger Co.* |
| Facsimile: (404) 870-1033 | |
| Email:   mmoffett@grsmb.com | |
|            slisle@grsmb.com | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THOMAS HARVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) NO.  1:20-cv-04803-CAP |
| | ) |
| THE KROGER CO., | ) *Removed from Cobb State Court* |
| | ) *Civil Action Number: 20-A-3874* |
| Defendant. | ) |

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that I have this day served the foregoing ***Defendant The Kroger Co.'s Expert Disclosure*** upon all counsel of record via the Court's electronic filing-and-service system (CM/ECF) to:

> **Jeffrey P. Yashinsky, Esq.**
> **The Yashinsky Law Group**
> **295 West Crossville Road**
> **Building 600, Suite 610**
> **Roswell, Georgia 30075**

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Times New Roman 14 point font.

Respectfully submitted, this the 5th day of August, 2021.

*Signature on next page*

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | ***/s/ Sarah Raquel L. Lisle*** |
| **MOFFETT & BRIESKE, L.L.P.** | Matthew G. Moffett |
| 950 East Paces Ferry Road, N.E. | Georgia State Bar No.: 515323 |
| Suite 1700 – Salesforce Tower Atlanta | Sarah Raquel L. Lisle |
| Atlanta, Georgia 30326 | Georgia State Bar No.: 412593 |
| Telephone: (404) 870-7386 | *Attorneys for The Kroger Co.* |
| Facsimile: (404) 870-1033 | |
| Email: mmoffett@grsmb.com | |
| slisle@grsmb.com | |