**Northern District of GA**
**Atlanta Division**
**1:20-cv-04803-CAP**

# EXHIBIT C:
# DR. SILCOX LIST OF TESTIMONY



**(Use only for Rule 26 Federal Case)**

Dr. Silcox Testimony and Deposition List

Dr. Silcox has not testified regarding a case in the last 4 years.

**Depositions**

    Stephanie Arrendondo - April 07, 2016   -
    Robert Abbott- April 13, 2016
    David Walker- August 17, 2016
    Nicole Zegers- February 13, 2017
    Maggielina Harper- February 27, 2017
    Jill Wilcox- March 27, 2017
    Roberson V. Wilson- April 10, 2017
    Juilanna Hudgins- May 23, 2017
    Guguethu Mackson- June 13, 2017
    Stephanie Bradley V Rickey Peavy- August 22, 2017
    Barbara Goolsby- September 26, 2017
    Lisa Lanier- October 03, 2017
    Bradley v Peavy- October 16, 201
    David Johnson v David Moore- October 17, 2019
    Robert Riggins – January 29, 2018
    Crinnell Davis v Steven Vondersmith – February 27, 2018
    Leigh Smithwick- April 10, 2018
    Michael McDuffie v Brand Engery Solutions- July 27, 2018
    Jennifer Thomas- August 20, 2018
    Albert Bridgeman-August 28, 2018
    Latonia Hammond Wanda Chandler Roberts- October 16, 2018
    Terry v Barnhill- December 17, 2018
    Detric Glover v All American Quality Foods- January 07, 2019
    Laquinton Harper- January 15, 2019
    Veronica Amaya- January 22, 2019

James Bing- March 05, 2019
Camilla Black- May 21, 2019
Zachary George- June 03, 2019
Crinnell Davis v Steven Vondersmith – June 11, 2019
Sean Woods- September 23,2019
Judy Fox v Stephen Shirley- October 08, 2018
Judy Fox- February 18, 2020
Gregory Mosley- June 02, 2020
Percy Frazier- June 23, 2020
Amanda Lane- January 26, 2021
Charles Woodlief- February 16, 2021
Skipper vs Cost Case- June 01, 2021