# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THOMAS HARVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) NO. 1:20-cv-04803 - CAP |
| | ) _____ |
| THE KROGER CO., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S OBJECTIONS TO PROPOSED VOIR DIRE BY THE KROGER COMPANY

Pursuant to Paragraph 11 of the Proposed Consolidated Pretrial Order [Doc. No. 64], Plaintiff hereby asserts his objections to Defendant's amended list of Voir Dire questions [Doc. No. 91], as follows:

**By Plaintiff:**

Plaintiff objects to Defendant's proposed Voir Dire question no. 2 on the grounds that average jurors are not qualified to understand or evaluate the term "legal claim."

Plaintiff objects to Defendant's questions nos. 3 and 18 on the grounds that they confuse the legal principles involved in seeking a recovery for injuries caused by the negligence of another and would be confusing to the average juror.

**Plaintiff objects to question No. 29 on the grounds that it implies that sympathy is only a problem if shown to the Plaintiff. Because the law requires that sympathy not be shown to either side, Plaintiff asks that the question be modified from "for Mr. Harvey" to "for one or both of the parties," so that the jury is not confused by the law.**

**Plaintiff objects to questions nos. 31 and 32 on the grounds that they seek have potential jurors prejudge the case before the evidence is presented. As worded, these questions encourage jurors to predetermine how they will rule.**

Respectfully submitted this 2nd day of December 2022.

                                        By: /s/ Jeffrey P. Yashinsky
                                             Jeffrey P. Yashinsky, Esq.
                                             Georgia Bar No. 780370
                                             Kurt Kastorf, Esq.
                                             Georgia Bar No. 315315
                                             Attorneys for Plaintiff

295 West Crossville Road
Building 600, Suite 610
Roswell, GA 30075
(770) 691-8100
Jeff@yashinskylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **PLAINTIFF'S OBJECTIONS TO PROPOSED VOIR DIRE BY THE KROGER COMPANY** with the United States District Court for the Northern District of Georgia Atlanta Division by using the PACER Efiling system, and opposing Counsel was served via STATUTORY ELECTRONIC SERVICE to:

Matthew G. Moffett
(mmoffett@grsmb.com)
Sarah Raquel L. Lisle
(slisle@grsmb.com)
Gray, Rust, St. Amand, Moffett & Brieske, LLP
950 East Paces Ferry Road
1700 Atlanta Plaza
Atlanta, GA 30326

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

This 2nd day of December 2022.

| | |
|---|---|
| 295 West Crossville Road | By: /s/ Jeffery P. Yashinsky |
| Building 600, Suite 610 | Jeffrey P. Yashinsky, Esq. |
| Roswell, GA 30075 | Georgia Bar No. 780370 |
| (770) 691-8100 | Attorney for Plaintiff |
| Jeff@yashinskylaw.com | |