# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-04803-CAP
### Harvey v. The Kroger Co.
### Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 01/10/2023.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 3:45 P.M.       COURT REPORTER: Shannon Welch
TIME IN COURT: 6:15                   DEPUTY CLERK: Brittney Walker
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kurt Kastorf representing Thomas Harvey<br>Sarah Raquel Lisle representing The Kroger Co.<br>Matthew Moffett representing The Kroger Co.<br>Jeffrey Wasick representing The Kroger Co.<br>Jeffrey Yashinsky representing Thomas Harvey |
| PROCEEDING CATEGORY: | Jury Trial Began; Jury Trial Continued; Voir Dire; |
| JURY INFORMATION: | Jury was Sworn. The Rule of Sequestration was not invoked. |
| PLEADINGS FILED IN COURT: | Plaintiff's Exhibits 6,7,9,12, and 37 |
| MINUTE TEXT: | The court held a jury trial on 1/10/23. The court held voir dire. The jury was selected. The jury was sworn-in. The plaintiff gave opening statements. The defendant gave opening statements. The plaintiff played the deposition of Adam Bowman. Plaintiff's Exhibits 6,7,9,12, and 37 were admitted. The court recessed for the day until 9:00AM tomorrow. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00AM. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |